

| | | |
|---|---|---|
| **SCOT G. DOYEN*** | | ALLISON A. ZEGER |
| **WILLIAM T. SEBESTA** | | CHRISTIANE (C.J.) CHAMBERS |
| RANDALL J. POELMA, JR. | | WILLIAM D. ABBOTT |
| ANGELA M. HAHN | | JOHN K. SALCEDO |
| ALASDAIR A. ROBERTS | | TAMARA R. CRAWFORD |

**WRITER'S DIRECT:**
cchambers@ds-lawyers.com
713.580.8904

*\*Board Certified – Civil Trial Law*
*Texas Board of Legal Specialization*

June 2, 2016

Ms. Janie Ward                                                                                              *Via E-File*
U.S. DISTRICT CLERK'S OFFICE
111 East Broadway, Room L100
Del Rio, Texas  78840

　　　　Re:　　Cause No. 2-15-cv-00108AM; *Maverick One Properties, LLC v. Mid-Century Insurance Company*; In the United States District Court Western District Of Texas, Del Rio Division.

Dear Janie,

　　　In connection with the above-referenced matter, please allow this letter to serve as Advisory of Settlement between the parties for this matter. According to the Scheduling Order executed by the Court on February 24, 2016, a report on alternative dispute resolution shall be filed by June 3, 2016. Since the case is now settled, a report on alternative dispute resolution is no longer necessary or appropriate. The dismissal documents including the Motion to Dismiss with Prejudice and corresponding Order will be filed with the Court once finalized.

　　　If you have any questions or wish to discuss this matter further, please do not hesitate to contact me. I remain,

　　　　　　　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　　　　　　　DOYEN SEBESTA LTD., LLP

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Scot G. Doyen*

　　　　　　　　　　　　　　　　　　　　　　　　Scot G. Doyen

SGD/plp

cc: Craig M. Saucier, Attorney for Plaintiff