IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| MAVERICK ONE PROPERTIES, LLC § <br> Plaintiff § <br> § <br> v. § <br> § <br> § <br> MID-CENTURY INSURANCE § <br> COMPANY § <br> Defendant § | Civil Action No. <br> 2:15-CV-108-AM-CW |

## MOTION FOR NONSUIT WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Maverick One Properties, LLC, and files this, its Motion for Non-Suit with Prejudice and respectfully request that the Court dismiss with prejudice all of its claims against Defendant, MID-CENTURY INSURANCE COMPANY.

WHEREFORE, PREMISES CONSIDERED Plaintiff requests that the Court grant this Motion for Non-Suit with Prejudice.

Respectfully submitted,

SAUCIER & SMAILSTRA, PLLC

By: _____
Craig M. Saucier
State Bar No. 24041869
Valerie Mazzola
State Bar No. 24069063
The Concord Plaza
200 Concord Plaza Dr., Suite 750
San Antonio, Texas 78216
(210) 562-2888
(210) 338-8916 Facsimile
craig@s2lawfirm.com

**ATTORNEY FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon Defendant's Counsels of Record in compliance with Texas Rules of Civil Procedure via facsimile and/or e-service on this the 29 day of ~~June~~ August, 2016.

Scot G. Doyen
Alasdair A. Roberts
DOYEN SEBESTA, LTD. L.L.P.
Paragon Center One
450 Gears Road Suite 350
Houston, Texas 77067
(713) 580-8900
(713) 580-8910 Facsimile

_____
CRAIG M. SAUCIER