FILED

JAN 17 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| MAVERICK ONE PROPERTIES, LLC, <br>     Plaintiff, <br><br> v. <br><br> MID-CENTURY INSURANCE COMPANY, <br>     Defendant. | Civil Action No. <br> DR-15-CV-108–AM/CW |

## ORDER

Pending before the Court is the Plaintiff's Motion for Nonsuit with Prejudice. (ECF No. 10.) In the motion, the Plaintiff requests the Court to dismiss the claims against the Defendant with prejudice.

After reviewing the motion, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, all claims against the Defendant are **DISMISSED WITH PREJUDICE.** It is further **ORDERED** that a clerk's judgment shall issue immediately, terminating the present cause of action.

SIGNED this 17th day of January, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE