AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas


FILED
JAN 17 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

MAVERICK ONE PROPERTIES, LLC,
Plaintiff

JUDGMENT IN A CIVIL CASE

v.

MID-CENTURY INSURANCE COMPANY,
Defendant

CASE NUMBER:   DR-15-CV-108 AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the motion is GRANTED. Accordingly, all claims against the Defendant are DISMISSED WITH PREJUDICE. It is further ORDERED that a clerk'sjudgment shall issue immediately, terminating the present cause of action.

| 01/17/2017 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | Cecilia Rodriguez |
| | (By) Deputy Clerk |